UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-222_____ |
| v. | ORDER TO SEAL |
| TRAVIS AUSTIN HESSEL, | UNDER SEAL |
| Defendant. | |

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the complaint, affidavit and arrest warrant in the above captioned matter.

IT IS THEREFORE ORDERED that the complaint, affidavit and arrest warrant, this order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of the Court.

/ / /

/ / /

/ / /

/ / /

**Order to Seal** **Page 1**
Revised April 2018

IT IS FURTHER ORDERED that the government is authorized to provide copies of the complaint, affidavit and arrest warrant, this motion, the resulting order, and any further pleadings to attorneys for any defendants in this case as part of their discovery obligations.

Dated: August 30, 2020

*Youlee Yim You*
HON. YOULEE YIM YOU
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney