

UNDER SEAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00450-JO |
| v. | INDICTMENT |
| TRAVIS AUSTIN HESSEL. | 18 U.S.C. § 231(a)(3) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1
(Civil Disorder)
(18 U.S.C. § 231(a)(3))

On or about August 4, 2020, in the District of Oregon, during a civil disorder, defendant **TRAVIS AUSTIN HESSEL**, knowingly attempted to commit a violent act for the intended purpose of obstructing, impeding and interfering with a law enforcement officer who was lawfully engaged in the lawful performance of their official duties incident to and during the commission of a civil disorder, and that such civil disorder in any way or degree obstructed,

delayed and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Section 231(a)(3).

Dated: September 24, 2020.  A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney