BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00450-JO |
| v. | **MOTION TO UNSEAL** |
| TRAVIS AUSTIN HESSELL | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon and through Assistant United States Attorney Thomas S. Ratcliffe, moves this Court for an order unsealing the Indictment in the above listed matter

Dated: September 25, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney