SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-CR-00450-JO** |
| v. | **MOTION TO DISMISS INDICTMENT WITH PREJUDICE** |
| **TRAVIS AUSTIN HESSEL,** | |
| **Defendant.** | **Rule 48(a), Fed. R. Crim. P.** |

The United States of America hereby moves the Court for an Order under Rule 48(a),

Fed. R. Crim. P., to dismiss *with prejudice* the indictment in this case, in the best interests of

justice.

Dated this 2nd day of March, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


***/s/ Thomas S. Ratcliffe***
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney