# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-CR-00450-JO |
| v. | ORDER DISMISSING INDICTMENT WITH PREJUDICE |
| **TRAVIS AUSTIN HESSEL,** | Rule 48(a) Fed. R. Crim. P. |
| **Defendant.** | |

This matter having come before the Court on the government's motion to dismiss the indictment with prejudice, pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the indictment is DISMISSED with prejudice in the best interests of justice.

Dated this 3rd day of March 2021.

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Robert E. Jones_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT E. JONES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney